IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE D. WISE, as guardian of and
on behalf of OW, a minor child,

    Plaintiff,

vs.                       CASE NO. 5:10cv77/RS-EMT

CALHOUN COUNTY SCHOOL DISTRICT
and DEBBIE WILLIAMS, Individually,

    Defendants.
_____/

## ORDER

The relief requested by Defendants' Consented Motion To Extend Discovery (Doc. 32) is **granted**.

**ORDERED** on November 16, 2010.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**